IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-4586 |
| | : | |
| TRANS UNION, LLC and | : | |
| CINGULAR WIRELESS, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter our appearance as co-counsel on behalf of Defendant Cingular Wireless in the above-captioned action.

Dated: August 9, 2002

          Seamus C. Duffy, Esquire
          Identification No. 52501
          Michael P. Daly, Esquire
          Identification No. 86103
          DRINKER BIDDLE & REATH LLP
          One Logan Square
          18th and Cherry Streets
          Philadelphia, Pennsylvania  19103-6996
          (215) 988-2700 (telephone)
          (215) 988-1736 (facsimile)

**CERTIFICATE OF SERVICE**

I, Michael P. Daly, do hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance via hand delivery upon counsel of record as follows:

> Mark D. Mailman, Esquire
> Francis & Mailman, P.C.
> Land Title Building, 19th Floor
> 100 South Broad St.
> Philadelphia, PA 19110
> *Counsel for Plaintiff Joseph Thomas*
>
> Trans Union, L.L.C.
> 555 West Adams
> Chicago, IL 60661
> *Defendant Trans Union L.L.C.*

Dated: August 9, 2002                                     _____

                                                                                Michael P. Daly