**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH THOMAS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-4586** |
| **vs.** | : | |
| | : | |
| **TRANS UNION, LLC., *et al*,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL**

**CONFERENCE** shall be held on November 21, 2002, at 2:00 p. m. in Room 4006, United

States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,                J.