IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH THOMAS** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **TRANS UNION, LLC.** | : | **NO. 02-4586** |

### O R D E R

_____**AND NOW,** this 12th day of February, 2003, upon consideration of Motion to Dismiss by defendant Cingular Wireless (Document No. 6) and plaintiff having filed a praecipe to mark case settled, discontinued and ended as to defendant Cingular Wireless, it is **ORDERED** that the motion to dismiss is **DISMISSED as Moot.**

_____
TIMOTHY J. SAVAGE, J.