**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH THOMAS<br><br>          Plaintiff,<br>     v.<br><br>TRANS UNION LLC and<br>CINGULAR WIRELESS<br>          Defendant. | C.A. NO: 02-CV-4586 |

**ORDER EXTENDING DEADLINES**

AND NOW, this _____ day of _____, 2003, for good cause shown, it is hereby ORDERED that Plaintiff's and Trans Union's Motion for extension of time is granted, and this Court's scheduling order is amended as follows:

1.    Pretrial timetable:

- Close of fact discovery on May 21, 2003.
- Motions for Summary Judgment due on May 28, 2003.
- Exchange of exhibits due on June 4, 2003.
- Plaintiff's pre-trial memorandum due on June 4, 2003.
- Defendants' pre-trial memoranda due on June 10, 2003.
- Final pre-trial conference to be held on _____.

2.    This case will be placed into the trial pool on _____.


_____
TIMOTHY J. SAVAGE, J.