IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>TRANS UNION LLC and<br>CINGULAR WIRELESS<br>　　　　　　　　　Defendant. | C.A. NO: 02-CV-4586 |

### TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment. Trans Union is entitled to summary judgment because there is no issue of material fact and Trans Union is entitled to judgment as a matter of law. The reasons and authorities for this motion are set forth more fully in the attached Statement of Undisputed Facts, Memorandum of Law in Support of Motion for Summary Judgment, and exhibits thereto.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　SATZBERG, TRICHON,
　　　　　　　　　　　　　　　　　　　　KOGAN & WERTHEIMER, P.C.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRUCE S. LUCKMAN　　(38636)
　　　　　　　　　　　　　　　　　　　TIMOTHY P. CREECH　　(81728)

　　　　　　　　　　　　　　　　　　　1818 Market St., 30th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　(215) 575-7600; Fax: (215) 575-7688

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant,*
　　　　　　　　　　　　　　　　　　　*Trans Union LLC*

DATED:　　March 27, 2003