IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>TRANS UNION LLC and<br>CINGULAR WIRELESS<br>　　　　　　　　　Defendant. | C.A. NO: 02-CV-4586 |

## ORDER GRANTING SUMMARY JUDGMENT

AND NOW, this ____ day of _____, 2003 it is hereby ORDERED that defendant Trans Union LLC's motion for summary judgment is GRANTED and Plaintiff's claims are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　SO ORDERED


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.