*07575650*

*Please send a copy of report after All fraud items are removed.*

Joseph E Thomas
8500 Lindbergh Blvd
Ste 2102
Philadelphia PA 19153

**RECEIVED**

**OCT 2 6 2001**

To Whom It May Concern:

**EVAD.**

I am writing this letter to dispute several items that appear on my credit report. I lost my wallet last year and someone found it and started opening account in other states. I lost my wallet in Philadelphia where I live. But there were several accounts opened in Alabama and Florida. I have never lived in Alabama or Florida. The identification provided to these companies to open these accounts were expired. They used a military Id that expired in October of 1998 and my Pennsylvania State Drivers license that expired in August of 2000. The companies that opened these accounts were negligent because they allowed someone to use expired out of state identification. I am in the process of buying a home and these negative accounts are holding up my approval. I would like for these accounts to be removed from my permanent credit report as soon as possible.

Thank You

Sincerely,

*Joseph E Thomas*

Joseph E Thomas

*Attached is a copy of my credit report of all 3 bureaus provided by my mortgage company. I highlighted all items on your report.*

Fraudulent Account Info: *Transunion Credit report.*

| Company | Account # |
|---|---|
| *Cingular Wireless* | *44156580010*4 |
| *Franklin Collection* | *100365363906* |
| *Complucred* | *5187654* |
| *Duplica US Dept of Education* | *21990131 070020* — *this acct. Paid off in 20c* |
| | *21997090 131069010* |
| *Dept of Education accounts were paid of in 2000* | |

*my ss# 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*

*Police Report # 0135 002973 (215) 686-3350*

*Phila Police Dep*

| NAME: | JOSEPH E THOMAS | | NAME: | | |
| S.S.N : | 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 | | S.S.N : | | |

## SUPPLEMENTAL SUMMARY

| 1003 REF | E C O A | CREDITOR ACCOUNT NO | DATE RPTED | DATE LAST ACT | DATE OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | PRESENT STATUS AMOUNT PAST DUE | TERMS | PAY AMT | TYPE AND ACCOUNT STATUS | HISTORICAL STATUS NO MOS HIST REV | HISTORICAL STATUS 30+ DAYS | HISTORICAL STATUS 60+ DAYS | HISTORICAL STATUS 90+ DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CINGULAR #441565800105 800-331-0500 CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 02/01 | 1327 | 1327 | 1327 | | 1327E | OPN 09 | 0 | | | |
| | 1 | MCCOY FED CREDIT UNI #170787 (407) 855-5452 CHARGE OFF PER GIOVANNA SSN# MATCHES NO FRAD RECORD   DEBIT CARD 9/7/01 | 09/01 | | 08/00 | | 1049 | 1049 | | | INS 09 | 0 | | | XPN01 |
| | 7 | DP OF EDUC #219970901131070020 800-848-0979 COLLECTION  WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 09/00 | | 02/94 | 1056 | 824 | 824 | | | INS 09 | 0 | | | EFX01 |
| | 1 | CINGULAR WIRELESS #442074700104 BYMAILONLY CHARGE OFF  WRITTEN AUTH NEEDED TO VERIFY 9/07/01ANY | 08/01 | | 03/01 | 668 | 668 | 668 | | | INS 09 | 0 | | | XPN01 |
| | 1 | CINGULAR WIRELESS #4103165100141 BYMAILONLY CHARGE OFF  WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 01/01 | 577 | 577 | 577 | | | INS 09 | 0 | | | XPN01 |
| | 1 | CINGULAR WIRELESS #4102992200141 BYMAILONLY CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 12/00 | 576 | 576 | 576 | | | INS 09 | 0 | | | XPN01 |
| | 1 | CINGULAR WIRELESS #4102982300141 800-331-0500 CHARGE OFF  WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 12/00 | 576 | 535 | 535 | | | INS 09 | 0 | | | XPN01 |
| | | FRANKLIN COL #1003853 (662) 844-777 PER MS JONES SSN# MATCHES NO FRAD RECORD 9/07/01  BELLSOUT | 09/01 | | 03/01 | 512 | 512 | 512 | | 512E | OPN 09 | 0 | | | |
| | 1 | UNITED COMPUGRED #5179400 (888) 490-7755 PER MARYANN NO FRAD RECORD AND NO SSN#    BLOCKBUSTER VIDEO 9/07/01 | 03/01 | | 09/00 | 157 | 157 | 157 | | | INS 09 | 0 | | | XPN01 |
| | 1 | EQUIFAX CK #MONTGOMERY-72530524 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE WRITTEN AUTH NEEDED TO VERIFY 9/7/ | 12/00 | | 08/00 | | 126 | 126 | | 126E | OPN 09 | 0 | | | EFX01 |
| | 1 | EQUIFAX CK #KINGSBEAUT-72700113 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE  WRITTEN AUTH NEEDED TO VERIFY 9/7 | 01/01 | | 08/00 | | 117 | 117 | | 117E | OPN 09 | 0 | | | EFX01 |

PAGE 1

| NAME: | JOSEPH E THOMAS | | NAME: | |
|---|---|---|---|---|
| S.S.N : | 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 | | S.S.N : | |

## SUPPLEMENTAL SUMMARY

| 1663 REF | E C O A | CREDITOR ACCOUNT NO | DATE: RPTED | DATE LAST ACT | DATE OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | PRESENT STATUS AMOUNT PAST DUE | TERMS | PAY AMT | TYPE AND ACCOUNT STATUS | HISTORICAL STATUS NO MOS HIST REV | HISTORICAL STATUS 30+ DAYS | HISTORICAL STATUS 60+ DAYS | HISTORICAL STATUS 90+ DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | EQUIFAX CK #COURTYARDB-73629599 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE  WRITTEN AUTH NEEDED TO VERIFY 9/7 | 05/01 | | 01/01 | | 113 | 113 | | 113E | OPN 09 | 0 | | EFX01 | |
| | 1 | COMPUCRED #5197 CK (888) 490-77 COLLECTION BLOCKBUSTER VIDEO | 03/01 | | 08/00 | 74 | 74 | 74 | | 74E | OPN 09 | | | | |
| | 1 | EQUIFAX CK #KINGSBEAUT-72700114 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE  WRITTEN AUTH NEEDED TO VERIFY 9/7 | 01/01 | | 08/00 | | 70 | 70 | | 70E | OPN 09 | 0 | | EFX01 | |
| | 1 | SAMS CLUB/MBGA #CG9A10045573599 (800) 964-1917 TRANSFERRED TO RECOVERY  REFUSED ALL THIRD PARTY INFO 9/07/01 | 04/01 | | 08/00 | 300 | 0 | | | | REV 09 | 0 | | XPN01 | |
| | 7 | US DEPT ED #21997090131070020 (415) 487-5090 PAID COLLECTION  WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 10/00 | 09/00 | 03/90 | 1056 | 0 | | 36M | | INS 09 | | | TRU01 | |
| | 7 | US DEPT ED #219970090131069010 (415) 487-5090 PAID COLLECTION  WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 10/00 | 09/00 | 11/92 | 1057 | 0 | | 36M | | INS 09 | 0 | | TRU01 | |

## DISCLOSURE

NATIONAL CREDIT REPOSITORY(IES) ACCESSED FOR THIS CREDIT REPORT: EQUIFAX, TRANS UNION, EXPERIAN

Reporting bureau certifies with contractual requirements governing check of public records as well as credit information.

The Residential Mortgage Credit Report meets the standards set forth by the Federal Home Loan Mortgage Corporation, the Federal National Mortgage Association, Veterans Administration, Federal Housing Administration and the Federal Home Administration. The credit information furnished is in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. By acceptance of the report the inquirer has agreed to indemnify the reporting bureau for any damages arising from misuse of this information. This report must be held in strict confidence and in accordance with the Fair Credit Reporting Act

## END OF SUPPLEMENTAL REPORT
### PAGE 2

| NAME: | JOSEPH E THOMAS | NAME: | |
|---|---|---|---|
| S.S.N : | 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 | S.S.N : | |

## FRAUD ALERT

EFX01

1 SAFESCAN S
SAFESCANNED: YOUR INQUIRY HAS GONE THROUGH OUR SAFESCAN DATA BASE
VICTIM OF FRAUDULENT ACTIVITY

## PUBLIC RECORD INFORMATION

NO PUBLIC RECORDS FOUND

## CREDIT HISTORY

| 1003 REF | ECOA | CREDITOR ACCOUNT NO | DATE RPTED | DATE LAST ACT | DATE OPND | LIMIT OR HIGHEST CREDIT | BALANCE OWING | AMOUNT PAST DUE | TERMS | PAY AMT | TYPE AND ACCOUNT STATUS | NO MOS HIST REV | 30+ DAYS | 60+ DAYS | 90+ DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | TUSK FD CU #208199A (334) 727-3180 PER MARILYN SSN# MATCHES 9/07/01 DISPUTE 9/12/01 STELLA | 09/01 | 01/01 | 01/01 | 9777 | 9569 | 952 | M238 | 238 | INS 05 | 1 5411111 EFX01 | 0 | 0 | 1 |
| | | CINGULAR #4415658001 800-331-0500 CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 02/01 | 3327 | 3327 | 3527 | | 3327 | OPN 09 TRU01 | | | | |
| | 1 | MCCOY FED CREDIT UNI #170787 FL (407) 855-5452 CHARGE OFF PER GIOVANNA SSN# MATCHES NO FRAD RECORD DEBIT CARD 9/7/01 | 09/01 | | 08/00 | | 1049 | 1049 | | | INS 09 XPN01 | 0 ✓ | | | |
| | 7 | DP OF EDUC #219970901310700020 800-848-0979 COLLECTION WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 09/00 | | 02/94 | 1056 | 824 | 824 | | | INS 09 EFX01 | 0 OK | | | |
| | 1 | CINGULAR WIRELESS #442074700104 BYMAILONLY CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01ANY | 08/01 | | 03/01 | 668 | 668 | 668 | | | INS 09 XPN01 | 0 | | | |
| | 1 | CINGULAR WIRELESS #4103165100141 BYMAILONLY CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 01/01 | 577 | 577 | 577 | | | INS 09 XPN01 | 0 | | | |
| | 1 | CINGULAR WIRELESS #4102992200141 BYMAILONLY CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 12/00 | 576 | 576 | 576 | | | INS 09 XPN01 | 0 | | | |
| | 1 | CINGULAR WIRELESS #4102992300141 800-331-0500 CHARGE OFF WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 08/01 | | 12/00 | 576 | 535 | 535 | | | INS 09 XPN01 | 0 | | | |
| | 1 | FRANKLIN CO #1003853838 (662) 844-7778 PER MS JONES SSN# MATCHES NO FRAD RECORD 9/07/01 BELLSOUTH | 09/01 | | 03/01 | 512 | 512 | 512 | | | OPN | | | | |

PAGE 2

Tabitha

| NAME: | JOSEPH E THOMAS | | NAME: | |
| S.S.N : | 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 | | S.S.N : | |

## CREDIT HISTORY

| 1 0 0 3 REF | E C O A | CREDITOR ACCOUNT NO | DATE RPTED | DATE LAST ACT | DATE OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS | PAY AMT | TYPE AND ACCOUNT STATUS | HISTORICAL STATUS NO MOS HIST REV | 30+ DAYS | 60+ DAYS | 90+ DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | UNITED COMPUCRED #5179400 (868) 490-7755 PER MARYANN NO FRAD RECORD AND NO SSN# BLOCKBUSTER VIDEO 9/07/01 | '03/01 | | 09/00 | 157 | 157 | 157 | | | INS 09 | 0 XPN01 | | | ✓ |
| 1 | | EQUIFAX CK #MONTGOMERY-72530524 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE WRITTEN AUTH NEEDED TO VERIFY 9/7/ | 12/00 | | 08/00 | | 126 | 126 | | 126E | OPN 09 | 0 EFX01 | | | |
| 1 | | EQUIFAX CK #KINGSBEAUT-72700113 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE WRITTEN AUTH NEEDED TO VERIFY 9/7 | 01/01 | | 08/00 | | 117 | 117 | | 117E | OPN 09 | 0 EFX01 | | | |
| 1 | | EQUIFAX CK #COURTYARDB-73628598 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE WRITTEN AUTH NEEDED TO VERIFY 9/7 | 05/01 | | 01/01 | | 113 | 113 | | 113E | OPN 09 | 0 EFX01 | | | |
| 1E | | COMPUCRED #5167654 (868) 490-7755 COLLECTION BLOCKBUSTER VIDEO | 03/01 | | 09/00 | 74 | 74 | 74 | | 74E | OPN 09 TRU01 | | | | |
| 1 | | EQUIFAX CK #KINGSBEAUT-72700114 (800) 437-5120 CHARGE OFF - CHECK WAS UNCOLLECTABLE WRITTEN AUTH NEEDED TO VERIFY 9/7 | 01/01 | | 08/00 | | 70 | 70 | | 70E | OPN 09 EFX01 | 0 | | | |
| 1 | | AAFES #6019440400142190 800-828-1317 PER AUTO TELLER 9/07/01 CHARGE ACCOUNT | 09/01 | 04/01 | 07/97 | 5000 | 0 | 0 | | | REV 01 111111111111 111111111111 TRU01 | 44 | 0 | 0 | 0 |
| 1 | | BOSCOVS #110246188 (215) 779-2000 CLOSED | 09/94 | 09/94 | 06/94 | 0 | 0 | | | | REV 01 EFX01 | 3 | 0 | 0 | 0 |
| 1 | | BOSCOVS #107278753 (215) 779-2000 CLOSED - CREDIT GRANTOR | 01/99 | 07/98 | 06/94 | 274 | 0 | | | | REV 01 111111143211 121111211111 EFX01 | 55 | 3 | 1 | 1 |
| 1 | | BOSCOVS #110246188 (610) 779-2000 CREDIT CARD LOST OR STOLEN | 10/94 | 10/94 | 10/94 | | 0 | 0 | | | REV 01 TRU01 | 1 | 0 | 0 | 0 |
| 1 | | CAP 1 BANK #4388641678137360 CLOSED - CONSUMER ACCOUNT PAID | 02/01 | 11/00 | 02/00 | 244 | 0 | | | | REV 01 221111111111 1 EFX01 | 9 | 1 | 0 | 0 |

PAGE 3

| NAME: | JOSEPH E THOMAS | | NAME: | |
|---|---|---|---|---|
| S.S.N : | 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 | | S.S.N : | |

## CREDIT HISTORY

| 1 9 9 3 R E F | E C O A | CREDITOR ACCOUNT NO | DATE RPTED | DATE LAST ACT | DATE OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS | PAY AMT | TYPE AND ACCOUNT STATUS | HISTORICAL STATUS NO MOS HIST REV | 30+ DAYS | 60+ DAYS | 90+ DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | CAP 1 BANK #4388641655115041 LOST OR STOLEN CARD | 05/00 CREDIT CARD | 03/00 | 02/00 | | 0 | | | | REV 01 | 3 EFX01 | 0 | 0 | 0 |
| | 1 | JCP-MCCBG #1982491605 CLOSED - CONSUMER | 07/01 CHARGE ACCOUNT | 03/96 | 10/94 | 97 | 0 | 0 | | | REV 01 | 12 1 TRU01 | 0 | 0 | 0 |
| | 2 | JCP-MCCBG #19025880019020 (800) 542-0800 COLLECTION | 11/95 | 10/85 | 06/94 | 86 | 0 | 0 | | | REV 09 | 0 TRU01 | | | |
| | 4 | NCB/AMERAP #58583706022257157 (800) 262-0180 CLOSED - CONSUMER | 09/97 TRANSFERRED | 03/97 | 12/94 | 1500 | 0 | | | | REV 01 | 32 EFX01 | 1 | 0 | 0 |
| | 1 | SALLIEMAE #142660943101 (717) 821-3600 TRANSFERRED | 11/95 EDUCATIONAL LN | 11/95 | 02/85 | 2625 | 0 | | 52 | | INS 09 | 0 EFX01 | | | |
| | 1 | SAMS CLUB/MBGA #CG9A10045573599 (800) 964-1917 TRANSFERRED TO RECOVERY REFUSED ALL THIRD PARTY INFO 9/07/01 | 04/01 | | 08/00 | 300 | 0 | | | | REV 09 | 0 XPN01 | | | |
| | 1 | STUDENT LOAN MKT ASS #1426609431017 (913) 841-0234 EDUCATIONAL LN | 10/95 TRANSFERRED | 10/95 | 02/95 | 2625 | 0 | | | | INS 01 | 8 X9 XPN01 | 0 | 0 | 0 |
| | 7 | US DEPT ED #219970901131070020 (415) 487-5090 PAID COLLECTION WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 10/00 | 09/00 | 03/90 | 1056 | 0 | | 36M | | INS 09 | 0 TRU01 | | | |
| | 7 | US DEPT ED #219970901131069010 (415) 487-5090 PAID COLLECTION WRITTEN AUTH NEEDED TO VERIFY 9/07/01 | 10/00 | 09/00 | 11/82 | 1057 | 0 | | 36M | | INS 09 | 0 TRU01 | | | |

## INQUIRIES

```
--DATE-- WHS KOB MEMBER-NO

08/13/01  1   Y  00000369    NCO GROUP IN              NO NEW ACCOUNT      TRU01
(800) 709-8613

08/09/01  1   Y  00000369    NCO GROUP IN              NO NEW ACCOUNT      TRU01
(800) 709-8613

07/16/01  1   YC 605YC53966 GS SRVCS                   NO NEW ACCOUNT      EFX01
```

PAGE 4

New DL



PA STATE
Drivers license
expire in 4years

3500 Lindbergh blvd
Apt 2102
Phila PA 19153

TransUnion Fraud Victim Assist. Dept
P.O. Box 6790
Fullerton, CA 92834
Fraud Investigation

928346790



