```
                              YOUR TRANS UNION FILE NUMBER: 101575650
                              PAGE    1 OF  4
                              DATE THIS REPORT PRINTED: 11/23/2001

                              SOCIAL SECURITY NUMBER: 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
                              BIRTH DATE:              08/1974
                              YOU HAVE BEEN IN OUR FILES SINCE: 12/1993

                              PHONE: 863-3360
```

CONSUMER REPORT FOR:

THOMAS, JOSEPH, ERNEST
8500 LINDBERGH BV 2102
PHILADELPHIA, PA 19153

EMPLOYMENT DATA REPORTED:

| | |
|---|---|
| SEARS HOME IMPROVEMENT<br>DATE REPORTED: 10/2001 | SEARS<br>DATE REPORTED: 09/2001 |
| SEARS HOME IMPROVEMENT<br>DATE REPORTED: 05/2001 | RMH TELMARKETING<br>DATE REPORTED: 06/1995 |

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| FRANKLIN COL | # 1003653639 | DELETED |
| COMPUCRED | # 5167654 | DELETED |
| US DEPT ED | # 219970901310690010 | DELETED |
| US DEPT ED | # 219970901310700020 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION FOLLOWS:

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
                              YOUR TRANS UNION FILE NUMBER: 101575650
                              PAGE   1 OF   4
                              DATE THIS REPORT PRINTED: 11/23/2001

                              SOCIAL SECURITY NUMBER: 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
                              BIRTH DATE:                08/1974
                              YOU HAVE BEEN IN OUR FILES SINCE: 12/1993

                              PHONE: 863-3360
```

ONSUMER REPORT FOR:

   THOMAS, JOSEPH, ERNEST
   2011 FERRY AV C3C
   CAMDEN, NJ 08104

ORMER ADDRESSES REPORTED:

   1302 BIBB ST B, TUSKEGEE, AL 36083

EMPLOYMENT DATA REPORTED:

| SEARS HOME IMPROVEMENT | RMH TELMARKETING |
|---|---|
| DATE REPORTED: 05/2001 | DATE REPORTED: 06/1995 |
| IMPORTER | |
| DATE REPORTED: 06/1994 | |

---

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| FRANKLIN COL | # 1003653639 | DELETED |
| COMPUCRED | # 5167654 | DELETED |
| US DEPT ED | # 21997090131069010 | DELETED |
| US DEPT ED | # 21997090131070020 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION FOLLOWS:

---

## YOUR CREDIT INFORMATION