```
                                YOUR TRANS UNION FILE NUMBER: 101575650
                                PAGE   1 OF   4
                                DATE THIS REPORT PRINTED: 02/25/2002

                                SOCIAL SECURITY NUMBER: 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
                                BIRTH DATE:              08/1974
                                YOU HAVE BEEN IN OUR FILES SINCE: 12/1993

                                PHONE: 863-3360
```

ONSUMER REPORT FOR:

```
   THOMAS, JOSEPH, ERNEST
   8500 LINDBERGH BV 2102
   PHILADELPHIA, PA 19153
```

ORMER ADDRESSES REPORTED:

7701 LINDBERGH BV 2224, PHILADELPHIA, PA 19153

MPLOYMENT DATA REPORTED:

| | |
|---|---|
| SEARS HOME CENTRAL<br>DATE REPORTED: 01/2002 | SEARS HOME IMPROVEMENT<br>DATE REPORTED: 10/2001 |
| SEARS<br>DATE REPORTED: 09/2001 | SEARS HOME IMPROVEMENT<br>DATE REPORTED: 05/2001 |

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| COMPUCRED | # 5179400 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION FOLLOWS:

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
                              YOUR TRANS UNION FILE NUMBER: 101505650
                              PAGE   1 OF  4
                              DATE THIS REPORT PRINTED: 03/12/2002

                              SOCIAL SECURITY NUMBER: 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
                              BIRTH DATE:                 08/1974
                              YOU HAVE BEEN IN OUR FILES SINCE: 12/1993

                              PHONE: 863-3360
```

CONSUMER REPORT FOR:

THOMAS, JOSEPH, ERNEST
2011 FERRY AV C3C
CAMDEN, NJ 08104

EMPLOYMENT DATA REPORTED:

SEARS HOME IMPROVEMENT                    RMH TELMARKETING
DATE REPORTED: 05/2001                    DATE REPORTED: 06/1995

IMPORTER
DATE REPORTED: 06/1994

---

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| COMPUCRED | # 5179400 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION FOLLOWS:

---

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
SLMA / LSCP              # 142660943101P       INSTALLMENT ACCOUNT
TRANSFER                                        STUDENT LOAN
    UPDATED   11/1995    BALANCE:        $0    INDIVIDUAL ACCOUNT
    OPENED    02/1995    MOST OWED:   $2625    PAY TERMS:  MONTHLY $52
    CLOSED    09/1995
    >STATUS AS OF 09/1995: CHARGED OFF AS BAD DEBT<
```

```
                                    YOUR TRANS UNION FILE NUMBER: 301875650
                                    PAGE   1 OF   4
                                    DATE THIS REPORT PRINTED: 03/12/2002

                                    SOCIAL SECURITY NUMBER: 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
                                    BIRTH DATE:                 08/1974
                                    YOU HAVE BEEN IN OUR FILES SINCE: 12/1993

                                    PHONE: 863-3360
```

CONSUMER REPORT FOR:

  THOMAS, JOSEPH, ERNEST
  8500 LINDBERGH BV 2102
  PHILADELPHIA, PA 19153

FORMER ADDRESSES REPORTED:

7701 LINDBERGH BV 2224, PHILADELPHIA, PA 19153

EMPLOYMENT DATA REPORTED:

| | |
|---|---|
| SEARS HOME CENTRAL | SEARS HOME IMPROVEMENT |
| DATE REPORTED: 01/2002 | DATE REPORTED: 10/2001 |
| SEARS | SEARS HOME IMPROVEMENT |
| DATE REPORTED: 09/2001 | DATE REPORTED: 05/2001 |

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| COMPUCRED | # 5179400 | VERIFIED, NO CHANGE |
| CINGULAR | # 442074700104 | DELETED |
| CINGULAR | # 4102992300141 | DELETED |
| CINGULAR | # 4103165100141 | DELETED |
| CINGULAR | # 4102992200141 | DELETED |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION FOLLOWS:

YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
SLMA / LSCP                  # 142660943101P        INSTALLMENT ACCOUNT
TRANSFER                                            STUDENT LOAN
    UPDATED  11/1995    BALANCE:           $0      INDIVIDUAL ACCOUNT
    OPENED   02/1995    MOST OWED:      $2625      PAY TERMS:  MONTHLY $52
    CLOSED   09/1995
  >STATUS AS OF 09/1995: CHARGED OFF AS BAD DEBT<

JCP-MCCBG                    # 1902588019020        REVOLVING ACCOUNT
PLACED FOR COLLECTION<
    UPDATED  11/1995    BALANCE:           $0      JOINT ACCOUNT
    OPENED   06/1994    MOST OWED:        $86
    CLOSED   08/1995
  >STATUS AS OF 08/1995: COLLECTION ACCOUNT<

BOSCOVS                      # 107278753            REVOLVING ACCOUNT
CLOSED
    UPDATED  01/1999    BALANCE:           $0      INDIVIDUAL ACCOUNT
    OPENED   06/1994    MOST OWED:       $274
    PAID OFF 07/1998
    STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
   >IN PRIOR 38 MONTHS FROM DATE PAID  1 TIME  90 DAYS,
    1 TIME  60 DAYS,  3 TIMES 30 DAYS LATE<
   >MAXIMUM DELINQUENCY OF  90+ DAYS OCCURRED IN 06/1998<
```

---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
MCCBG/JCPENN                 # 1982491605           REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                          CHARGE ACCOUNT
    UPDATED  02/2002    BALANCE:           $0      INDIVIDUAL ACCOUNT
    OPENED   10/1994    MOST OWED:        $97
    CLOSED   10/1994
    STATUS AS OF 10/1994: PAID OR PAYING AS AGREED

LEO ROBBINS                  # 2053362              OPEN ACCOUNT
    VERIF'D  08/2001    BALANCE:           $0      INDIVIDUAL ACCOUNT
    OPENED   03/2001    MOST OWED:      $2669      CREDIT LIMIT:      $2700
    STATUS AS OF 08/2001: PAID OR PAYING AS AGREED

AAFES                        # 6019440400142190     REVOLVING ACCOUNT
                                                    CHARGE ACCOUNT
    UPDATED  07/2001    BALANCE:           $0      INDIVIDUAL ACCOUNT
    OPENED   07/1997    MOST OWED:      $2037      CREDIT LIMIT:      $5000
    PAID OFF 04/2001
    STATUS AS OF 04/2001: PAID OR PAYING AS AGREED
    IN PRIOR 44 MONTHS FROM DATE PAID NEVER LATE
```

PORT ON THOMAS, JOSEPH, ERNEST
CIAL SECURITY NUMBER: 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                TRANS UNION FILE NUMBER: 101575650

OSCOVS                    # 110246188              REVOLVING ACCOUNT
REDIT CARD LOST/STOLEN
    UPDATED  10/1994   BALANCE:           $0       INDIVIDUAL ACCOUNT
    OPENED   10/1994   MOST OWED:         $0
    CLOSED   10/1994
    STATUS AS OF 10/1994: UNRATED

---

E FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT. THEIR INQUIRIES
MAIN ON YOUR CREDIT REPORT FOR TWO YEARS. (NOTE: "TU CONSUMER DISCLOSURE"
QUIRIES ARE NOT VIEWED BY CREDITORS).

| INQUIRY TYPE | DATE | SUBSCRIBER NAME |
|---|---|---|
| INDIVIDUAL | 02/18/2002 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 01/24/2002 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 01/14/2002 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 12/20/2001 | LENDING TREE |
| INDIVIDUAL | 12/17/2001 | WACHOVIA BANK, NA/FTU |
| INDIVIDUAL | 12/15/2001 | STRAWBRIDGES NEW ACCTS |
| INDIVIDUAL | 12/13/2001 | HECHTS NEW ACCTS |
| INDIVIDUAL | 12/13/2001 | LORD & TAYLOR/NEW ACCTS |
| INDIVIDUAL | 10/31/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 10/25/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 10/16/2001 | UNITED ONE RESOURCES |
| INDIVIDUAL | 09/07/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 08/13/2001 | NCO GROUP INC |
| INDIVIDUAL | 08/09/2001 | NCO GROUP INC |
| INDIVIDUAL | 05/16/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 05/10/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 05/09/2001 | CHASE MANHATTAN BANK |
| INDIVIDUAL | 03/30/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 03/26/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 03/10/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 03/01/2001 | LEO ROBBINS & SONS INC |
| INDIVIDUAL | 03/01/2001 | BENEFICIAL/HFC |
| INDIVIDUAL | 02/20/2001 | TU CONSUMER DISCLOSURE |
| INDIVIDUAL | 02/14/2001 | CAPITAL ONE AUTO FINANCE |
| INDIVIDUAL | 02/06/2001 | INTERNATIONAL CHECK SRV. |
| INDIVIDUAL | 02/03/2001 | STERLING INC |
| INDIVIDUAL | 01/23/2001 | FIRST UNION NATL BANK |
| INDIVIDUAL | 09/28/2000 | VAN RU |
| INDIVIDUAL | 09/12/2000 | DILLARD |
| INDIVIDUAL | 08/10/2000 | CATHERINE S/CBUSA NA |
| INDIVIDUAL | 07/27/2000 | SEARS ROEBUCK&CO#8415 |

---

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE.

| DATE | SUBSCRIBER NAME |
|---|---|
| 04/2001 | AT&T - CCS/ LONG DISTANC |
| 01/2001 | CAPITAL ONE BANK |
| 11/2000 | CAPITAL ONE BANK |
| 12/2000 | CAPITAL ONE BANK |

```
11/2000       AT&T - CCS/ LONG DISTANC
08/2000       CAPITAL ONE BANK
07/2000       CAPITAL ONE BANK
06/2000       CAPITAL ONE BANK
05/2000       CAPITAL ONE BANK
04/2000       CAPITAL ONE BANK
03/2000       CAPITAL ONE BANK
```

---

CONSUMER STATEMENT:
    #HK# UFIF/POTENTIAL FRAUD VICTIM; BEFORE EXTENDINGCREDIT VERIFY
    ALL APPLICANT INFORMATION OR CALL T RANS UNION AT (800) FRAUD911.
    DATED 03/01.

---

SPECIAL MESSAGES:

    CONSUMER STATEMENT ON FILE RELATES TO TRUE NAME FRAUD OR CREDIT FRAUD