IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH THOMAS** | : | CIVIL ACTION |
| | : | |
| | : | No. 02-CV-4586 |
| v. | : | |
| | : | |
| | : | |
| **TRANS UNION, LLC,** *et al* | : | |

## **ORDER**

AND NOW, this 31st day of March, 2003, upon consideration of the Joint Motion For Extension of Time (Document No. 13), it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE,  J.