## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH THOMAS** | : | **CIVIL ACTION** |
| | : | |
| | : | No. 02-CV-4586 |
| v. | : | |
| | : | |
| | : | |
| **TRANS UNION, LLC, and** | : | |
| **CINGULAR WIRELESS** | : | |

## ORDER

**AND NOW,** this 2ND day of April, 2003, upon consideration of Trans Union LLC's Motion for Summary Judgment (Document No. 14) and it appearing the parties have amicably resolved this matter, it is **ORDERED** that the motion is **DENIED AS MOOT**.

_____

TIMOTHY J. SAVAGE,  J.